UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Israel Baeza-Contreras

                            Plaintiff(s)

                           v.

United States of America

                         Defendants(s)
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 CV 5881 (SCR)(GAY)

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

**X** Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions:_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

SO ORDERED

\* Do not check if already referred for general pretrial.

DATED:    White Plains, New York
7/15/08

                                                *Stephen C. Robinson*
                                              United States District Judge
                                              Stephen C. Robinson