UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

Israel Baeza-Contreras

           Petitioner,

    - against -

United States of America

           Respondents.

------------------------------X

**ORDER**

08 CV 5881 (SCR)(GAY)

**GEORGE A. YANTHIS, United States Magistrate Judge,**

    Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2255, dated June 6, 2008, a copy of which is annexed, it is hereby **ORDERED** that:

1. Within sixty (60) days of the date of this order, respondent shall serve a copy of its answer to the petition on the petitioner herein and file the original thereof with proof of service with the Clerk of the Court in White Plains, New York;

2. Respondent shall also submit transcripts of the involved proceedings and copies of all briefs, memoranda, etc. and decisions on appeal or in connection with the proceedings. **ALL EXHIBITS MUST BE TABBED AND PROPERLY LABELED;**

3. Petitioner, within thirty (30) days after the filing of the answer, shall serve upon respondent's attorney and file his reply to the answer, if any, with the Clerk of this Court in White Plains, New York; and

4. Service of a copy of this Order shall be made by the Clerk of the Court by regular mail to petitioner Israel Baeza-Contreras #84627-054, FCI Allenwood Lycoming B Unit PO Box 1000, White Deer, PA 17887, and too Respondent at US Attorneys Office, SDNY, 300 Quarropas Street, White Plains, NY 10601.

Dated: July 17, 2008
White Plains, New York

                              _____
                              GEORGE A. YANTHIS
                              United States Magistrate Judge